UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIVIC CONSTRUCTION COMPANY, INC.,
a Florida limited liability company, and
MICHAEL PERUYERA, an individual,

    Plaintiff,                  CASE NO:

vs.

MT. HAWLEY INSURANCE COMPANY,
an Illinois corporation,

    Defendants.
_____/

## MT. HAWLEY INSURANCE COMPANY'S NOTICE OF REMOVAL

MT. HAWLEY INSURANCE COMPANY ("Mt. Hawley") sets forth its grounds for removal as follows:

1. CIVIC CONSTRUCTION COMPANY, INC., ("Civic Construction") and MICHAEL PERUYERA ("Peruyera") filed a third-party suit against Mt. Hawley in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 09-58491 CA (23).

2. In its third-party complaint, Civic Construction and Peruyera sought coverage under a commercial general liability insurance policy issued by Mt. Hawley to Civic Construction for a claim filed against Civic Construction by FRANK H. POE, INC. ("Poe"). At issue in the main action brought by plaintiff Wilson against Poe was damages arising out of a gas explosion in which plaintiff sustained third degree burns to more than forty percent of his body.

3. Mt. Hawley moved to totally sever the third-party coverage action from the main action under Florida's Non-Joinder Statute. Fla. Stat.§ 627.4136(1).

4. On March 16, 2010, Judge Sigler granted Mt. Hawley's motion to sever the third-party coverage action from the main action "for all purposes." A copy of the Order is attached as Exhibit "A."

5. Mt. Hawley was at all times, including the time this action was commenced and this notice filed, an Illinois corporation with its principal place of business in Peoria, Illinois. Mt. Hawley is accordingly a citizen of the state of Illinois.

6. Civic Construction was at all material times, including at the time this action was commenced and this notice filed, a Florida limited liability company with its principal place of business in Miami-Dade County, Florida. Civic Construction is accordingly a citizen of the state of Florida.

7. Peruyera was at all material times, including at the time this action was commenced and this notice filed, over 18 years of age and a resident of Miami-Dade County, Florida. Peruyera is accordingly a citizen of the state of Florida.

8. Based on the allegations of the underlying complaint, it is clear that the amount in controversy is in excess of $75,000, exclusive of interest, attorney's fees, and costs. Wilson's complaint specifically states that "gas escaped, a fire erupted and engulfed Plaintiff's body and clothing causing severe and permanent injuries to Plaintiff including second and third degree burns over 40% of Plaintiff's body." Moreover, the policy at issue in this case has an available limit of $1 Million.

9. Because the parties are citizens of different states, and because the amount in controversy is in excess of $75,000, exclusive of interest, attorney's fees and costs, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

10. Pursuant to 28 U.S.C. § 1446 (a), a copy of all process, pleadings and orders served in the third-party action by Mt. Hawley as of the date of this Notice are attached as composite Exhibit "B."

11. Pursuant to 28 U.S.C. § 1446(b), this Notice is filed within thirty (30) days of when it was "first ascertained that the case is one which is or has become removable…."

12. A copy of this Notice will be promptly filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in Miami-Dade County, Florida, and served on all interested parties.

WHEREFORE, Mt. Hawley respectfully requests this Court remove the severed coverage action, which is currently pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida pursuant to the provisions of 28 U.S.C. § 1441.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

/s/SINA BAHADORAN
**SINA BAHADORAN**
Florida Bar No. 523364
sbahadoran@hinshawlaw.com
**CHRISTINE RENELLA PRIETO**
Florida Bar No. 65485
crenellaprieto@hinshawlaw.com
9155 South Dadeland Boulevard
Suite 1600
Miami, Florida 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

14504182v1 0919550 75136

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 16, 2011, I e-filed this document using the CM/ECF system. I further certify that this document was sent via U.S. Mail to Jorge C. Borron, Esquire, 901 Ponce de Leon Boulevard, Suite 304, Coral Gables, Florida 33134, *Counsel for Cross Third Party Plaintiffs/Third Party Defendants*.

/s/SINA BAHADORAN

14504182v1  0919550  75136